**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JO FATCHET MCGEE, et al. | ) | CASE NO. |
| | ) | |
| Plaintiff | ) | JUDGE |
| | ) | |
| v. | ) | **DEFENDANTS THE CITY OF STOW, OHIO'S,** |
| | ) | **OFFICER MICHAEL MURPHY'S, AND OFFICER** |
| THE CITY OF STOW, OHIO, et al. | ) | **BRIAN HADDIX'S NOTICE OF REMOVAL TO** |
| | ) | **THE UNITED STATES DISTRICT COURT FOR** |
| Defendants | ) | **FOR THE NORTHERN DISTRICT OF OHIO** |
| | ) | |

Defendants, The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix, by and through undersigned counsel and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, give notice of the removal of this action from the Court of Common Pleas, Summit County, Ohio to the United States District Court for the Northern District of Ohio. In support of this notice of removal, The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix state as follows:

1.      The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix are defendants in a civil action pending in the Court of Common Pleas, Summit County, Ohio, Case No. CV-2016-02-0787. Plaintiffs Jo Fatchet McGee and Lori Fatchet McGee filed this action on February 3, 2016. A true and accurate copy of the Summonses and Plaintiff's complaint are attached hereto as Exhibit A.

2.      The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix received copies of the Summonses and Complaint on February 11, 2016.

3.      Plaintiffs' complaint asserts a civil rights action brought pursuant to 42 U.S.C. § 1983 and common law state claims with the § 1983 claims alleging use of excessive force

1

in violation of the Fourth and/or Fourteenth Amendments and failure to train and/or supervise pursuant to 42 U.S.C. § 1983 with the state law claims sounding in battery, intentional infliction of emotional distress, malicious prosecution, and loss of consortium. (See ¶ 1 and the first through sixth counts of Exhibit A).

4. Federal question jurisdiction exists when a claim arises pursuant to a federal law. The District Courts have original jurisdiction of all civil actions arising under the constitution laws or treaties of the United States. 28 U.S.C. §1331. The Plaintiff's complaint presents a federal question triggering the jurisdiction of this Court pursuant to 28 U.S.C. § 1441(A) of the Judicial Code with § 1441(A) authorizing the removal of civil actions within the original jurisdiction of the federal district courts, and § 1441(A) providing that any civil action of which the District Courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to citizenship or residence of parties. Plaintiffs' § 1983 claims fall within a federal question and act as an appropriate basis for removal by Defendants.

5. The City of Stow is a political subdivision and Officer Michael Murphy and Officer Brian Haddix are its employees and individuals, all three of whom comprise all defendants in this action and join through their undersigned counsel in this notice of removal.

6. This notice of removal has been filed within thirty days of the date that Defendants were served with the summonses and the complaint in this matter, and further within thirty days from the filing of Plaintiff's complaint. Removal is therefore timely and in accordance with 28 U.S.C. § 1446(b).

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) because the US District for the Northern District of Ohio is the federal judicial district embracing the Summit County Court of Common Pleas in Akron, Ohio, where the state court action was originally filed.

8. The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix assert

their right to trial by jury.

9.     The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix do not waive any jurisdictional or other defenses available to them.

**WHEREFORE**, Defendants the City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix give notice of the removal of this action from the Summit County Court of Common Pleas to the United States District Court for the Northern District of Ohio and request that this Court accept jurisdiction of this action and place this action on the docket of this Court for further proceedings as though the action had been originally instituted in this Court.

Respectfully submitted,


s/John C. Pfau                                    .
PFAU PFAU & MARANDO LLC
JOHN C. PFAU (No. 0006470)
P.O. Box 9070
Youngstown, Ohio 44513
Telephone: (330) 702-9700
Fax:  (330) 702-9704
E-Mail:  jcp@ppmlegal.com


s/Amber Zibritosky                        .
AMBER ZIBRITOSKY
3800 Darrow Road
Stow, Ohio 44224
Tel: 330/689-2869
Email: azibritosky@stow.oh.us

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The foregoing Defendants The City of Stow, Ohio, Officer Michael Murphy, and Officer Brian Haddix' Notice of Removal of Civil Action to the United States District Court for the Northern District of Ohio was electronically filed with the Court on February 29, 2016. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filing through the Court's case management and electronic case filing system. A true copy of the foregoing was also served by United States mail, postage prepaid, on February 29, 2016, upon the following:

Raymond V. Vasvari, Jr., Esq.　　　Nomiki Tsarnis, Esq.
K. Ann Zimmerman　　　　　　　　KISLING NESTICO & REDICK
VASVARI & ZIMMERMAN　　　　　4790 Market Street
1301 East Ninth Street　　　　　　　Boardman, OH 44512
Cleveland, OH 44114　　　　　　　　Attorney for Plaintiffs
Attorney for Plaintiffs

s/John C. Pfau　　　　　　　　　　　　　　　　　　　　　　.
PFAU, PFAU & MARANDO LLC
JOHN C. PFAU